UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>SUSHIL K GUPTA and JOHN DOES #1-10,<br><br>          Defendants. | No. 2:17-cv-5308-KM-JBC<br><br>**ORDER** |

The plaintiff Celgene Corporation having moved for default judgment (ECF No. 8); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 23rd day of August, 2018,

**ORDERED** that the motion for default judgment (ECF No. 8) is denied without prejudice.

**KEVIN MCNULTY**
**United States District Judge**